### In re Resignation of Clauder.

[Cite as *In re Resignation of Clauder* (1994), 70 Ohio St.3d 1201.]

(No. 94–1576—Submitted and decided July 28, 1994.)

The resignation of Michael Arthur Clauder of Cincinnati, Ohio, as an attorney, Registration No. 0031987, is accepted.

Moyer, C.J., A.W. Sweeney, Douglas, Wright, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.

### In re Resignation of Linder.

[Cite as *In re Resignation of Linder* (1994), 70 Ohio St.3d 1201.]

(No. 94–1314—Submitted July 27, 1994—Decided July 29, 1994.)

The resignation of Robert Alan Linder of Batavia, Ohio, as an attorney, Registration No. 0031794, is accepted.

Moyer, C.J., A.W. Sweeney, Douglas, Wright, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.